FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0547

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No.   DA 22-0547

---

STATE OF MONTANA

      Plaintiff and Appellee,

  v.

DANIEL CHRISTOPHER ROWE,

      Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 13, 2023 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2023